UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA



___ FILED     ___ LODGED
___ RECEIVED  ___ COPY

JUL 3 1 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

ANDREW STEPHENS, an individual;
MICHELLE KELLISON, an individual;
and SCARLETT STEPHENS, a disabled adult,
by and through her guardian and next friend
MICHELLE KELLISON,

Plaintiffs,

v.

COCONINO COUNTY, ARIZONA, a political
subdivision of the State of Arizona;
MARK STENTO, in his individual and
official capacity; JOHN KOLE, in his
individual and official capacity; and
HOWARD BROWN, in his official capacity,

Defendants.   CV26-08183-PCT-JJT

Case No. CV-26-_____-PCT-

DECLARATIONS OF ANDREW STEPHENS, MICHELLE KELLISON, AND SCARLETT STEPHENS IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

*DECLARATION OF ANDREW STEPHENS*

I, Andrew Stephens, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an adult individual, a Pastor, and a Plaintiff in the above-captioned matter. I have personal knowledge of the facts set forth herein.

2. I reside on the subject 56-acre property in Coconino County, Arizona, where I practice my religious faith and lead my ministry in accordance with my sincerely held religious beliefs.

3. My religious beliefs dictate that we live in high-quality, mobile structures (RVs) rather than permanent residential buildings to remain unattached to material property and fully accessible to our ministry's spiritual callings.

4. The County opened a code enforcement case against our property based solely on our use of mobile RVs as dwellings.

5. In my interactions with Defendant Mark Stento, he explicitly and aggressively stated to me that he "would not work with" us and that we had to vacate our land before we could submit any permit applications.

6. The County's circular policy has trapped us: we cannot obtain a permit because of the open violation, and we cannot resolve the violation without a permit.

7. We have no financial means to pay the $1,520 fine imposed by Hearing Officer Brown, nor do we have the resources to rent alternative local housing.

Executed on July 16, 2026, at Flagstaff, Arizona.

/s/ Andrew Stephens
Andrew Stephens

*DECLARATION OF MICHELLE KELLISON*

I, Michelle Kellison, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an adult individual, a Plaintiff, and the biological mother, legal guardian, and next friend of Plaintiff Scarlett Stephens, a disabled adult. I have personal knowledge of the facts set forth herein.

2. Scarlett Stephens is 21 years old and is diagnosed with Level 3 Autism Spectrum Disorder. She is entirely non-verbal, possesses the cognitive capacity of a toddler, and requires constant 24-hour supervision and care.

3. Due to her severe sensory processing integration issues, Scarlett is extremely sensitive to noise, lights, and environmental changes. The remote, sensory-isolated 56-acre property is the only environment where she does not experience severe, debilitating panic attacks and physical self-harm.

4. Scarlett's mobile RV shelter has been carefully configured to meet her sensory needs and is medically necessary housing.

5. If we are forced to "cease use" of our RVs as commanded by the July 13, 2026 Order, Scarlett will be constructively evicted. We have no alternative housing, and the disruption of a forced move will cause her immediate, severe, and irreversible psychological and physiological decompensation.

Executed on July 16, 2026, at Flagstaff, Arizona.

/s/ Michelle Kellison
Michelle Kellison

*DECLARATION OF SCARLETT STEPHENS*

*(By and through her Guardian and Next Friend, Michelle Kellison)*

I, Michelle Kellison, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the biological mother, court-appointed legal guardian, and next friend of Plaintiff Scarlett Stephens, a disabled adult. I make this declaration on her behalf because her profound disability renders her completely non-verbal and unable to execute a declaration in her own name.

2. Scarlett is 21 years old and resides on the subject property. This property is her only home, and her RV is her vital sanctuary.

3. Scarlett cannot adapt to new physical surroundings without experiencing severe autistic regression, physical distress, and self-injurious behaviors.

4. The enforcement of Coconino County's July 13, 2026 Order requiring us to "cease use" of our RV dwellings will immediately deprive Scarlett of her safe, sensory-controlled housing, resulting in irreparable physical and emotional harm.

Executed on July 16, 2026, at Flagstaff, Arizona.

/s/ Michelle Kellison
Michelle Kellison, on behalf of Scarlett Stephens

*Michelle D. Kellison*