# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Stephens, *et al.*, | No. CV-26-08183-PCT-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Coconino, *et al.*, | |
| Defendants. | |

At issue is *pro se* Plaintiffs Andrew Stephens, Michelle Kellison and Scarlett Stephens's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). The Court finds the Application lacks sufficient information from which the Court can determine whether Plaintiffs have the means to pay the Court's fees. Plaintiffs state that Scarlett Stephens receives $994 per month in social security income but does not state whether any of the other adult plaintiffs receive income or whether any of them have any expenses at all.

**IT IS ORDERED** denying the Application (Doc. 2) with leave to refile. Plaintiffs shall either refile the Application with sufficient information or pay the filing fee within thirty (30) days of the date of this Order, or this action will be terminated.

Dated this 3rd day of August, 2026.

Honorable John J. Tuchi
United States District Judge